Case 1:08-cv-00943-CCB   Document 23-18   Filed 04/28/09   Page 1 of 1

# Exhibit Q

# FILED UNDER SEAL