**TABLE OF CONTENTS**

Page

TABLE OF CONTENTS ...................................................................................................i

APPENDIX OF EXHIBITS ..............................................................................................iii

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT ........................................................................................1

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT ........................................................................................1

INTRODUCTION.............................................................................................................. 1

PLAINTIFF'S FORECAST OF EVIDENCE.................................................................... 2

STANDARDS REGARDING SUMMARY JUDGMENT
MOTIONS.........................................................................................................................11

STANDARDS REGARDING PROOF OF UNLAWFUL EMPLOYMENT
DISCRIMINATION..........................................................................................................13

ARGUMENT ................................................................................................................... 14

A.   PLAINTIFF HAS PRODUCED SUFFICIENT EVIDENCE OF
     EMPLOYMENT DISCRIMINATION AND PRETEXTUAL NATURE OF
     DEFENDANT'S ALLEGED NON-DISCRIMINATORY
     REASONS…………………………………………………………….......................... 14

B.   PLAINTIFF HAS SUFFICIENT EVIDENCE TO ESTABLISH
     RACIAL AND NATIONAL ORIGIN BASED
     HOSTILE WORK ENVIRONMENT WHICH PLAINTIFF
     AND ANY REASONABLE PERSON WILL
     FIND UNREASONABLE AND ABUSIVE..............................................................29

C.   PLAINTIFF HAS PROFFERED SUFFICIENT EVIDENCE TO ESTABLISH A
     CLAIM OF CONSTRUCTIVE
     DISCHARGE.................................................................................................................33

D.   DEFENDANT HAS FAILED TO SHOW A VALID DISCLAIMER OF
     CONTRACTUAL LIABILITY BASED ON ITS EMPLOYEE HANDBOOK………36

E.  PLAINTIFF HAS STATED FACTS SUFFICIENT TO
    DEMONSTRATE INTENTIONAL INFLICTION OF
    EMOTIONAL DISTRESS UNDER MARYLAND LAW……………………………...…37

CONCLUSION ..................................................................................................................39

## PLAINTIFF'S INDEX OF EXHIBITS

**EXHIBIT**                                                                                             **NUMBER**

Plaintiff's Affidavit..............................................................................................................1

Plaintiff's Deposition...........................................................................................................2

Medical Lab. Tech. Position Description………......................................................................3

Plaintiff's Associate Degree in Medical Laboratory Technology...................................................4

Plaintiff's Certificate of Achievement as Med. Lab. Technician.....................................................5

SAH Lab Training Evaluation for Plaintiff ..................................................................................6

SAH Job Description Evaluation for Plaintiff ..............................................................................7

Competency Assessment for Plaintiff…………………………………………………………..8

Planter Bench Competency Test Result for Plaintiff…………………………………………….9

Evening Planter Training by Plaintiff for Mr. Roberts……………………………………….…..10

January 5, 2006 Verbal Warning for Plaintiff…………………………………………………...11

February 2, 2006 Documented Verbal Warning for Plaintiff……………………………………12

February 14, 2006 Beubendorf Email to Ringgold………………………………………………13

February 8, 2006 Suspension Counseling Report for Plaintiff………………………………….14

February 21, 2006 retraction of error by Defendant……………………………………………..15

February 17, 2006 Discrimination Complaint by Plaintiff…………………….........................16

Ms. Parikh Report on Plaintiff's training………………………………………………..………17

EAP Prime Confirmation for Plainitff………………………………………………………...…18

March 7, 2006 Unsigned Note by Ms. Kinch……………………………………………………19

March 12, 2006 Email from Ms. Kinch………………………………………………………...20

Plaintiff's Letter of Resignation ………………………………………………………………...21

Personnel Action Report for Plaintiff………………………………………………………….….22

Plaintiff's Charge of Discrimination…………………………………………………………….23

Defendant's Position Statement to Baltimore Comm. Relations……………………………..24

BCRC's Result of Interviews………………………………………………………………........25

BCRC's Letter to Defendant's Previous Counsel……………………………………………..26

BCRC's Memo, Re intent to Issue Probable Cause Finding……………………………….…27

Plaintiff's Request for Notice of Right………………………………………………………..…28

Notice of Right……………………………………………………………………………………..29

Ms. Weiger Deposition…………………………………………………………………………….30

Ms. Kinch Deposition……………………………………………………………………………...31

Ms. Harrid Deposition……………………………………………………………………………...32

Mr. Roberts Deposition……………………………………………………………………………33

Defendant's Answers to Plaintiff's Interrogatories…………………………………………...34

Defendant's Response to Production of Documents…………………………………………35

Defendant's Employee Handbook, February 2005…………………………………………...36

Defendant's Paid Time Off Policy………………………………………………………………...37

Defendant's Voluntary Resignation Policy……………………………………………………...38

March 10, 2006 Pay Check for Plaintiff…………………………………………………………39

Defendant's Employee's Payroll History……………………………………………………...40

Defendant's Sexual Harassment Policy…………………………………………………………41

Plaintiff's Notice of Deposition for Defendant…………………………………………………..42


Defendant's Microbiology Associates, July 21, 2004 to March 10, 2008……………….…43

Sealed Exhibits…………………………………………………………………..44-49