# EXHIBIT 4

# NEW YORK CITY TECHNICAL COLLEGE

OF APPLIED ARTS AND SCIENCES
OF THE CITY UNIVERSITY OF NEW YORK
ON THE RECOMMENDATION OF THE FACULTY
AND BY VIRTUE OF THE AUTHORITY VESTED IN IT
THE BOARD OF TRUSTEES OF THE CITY UNIVERSITY OF NEW YORK
CONFERS ON

## Geraldine Burzin

THE DEGREE OF

### Associate in Applied Science

*Medical Laboratory Technology*

AND HAS GRANTED THIS DIPLOMA AS EVIDENCE THEREOF
GIVEN IN THE CITY OF NEW YORK IN THE STATE OF NEW YORK
IN THE UNITED STATES OF AMERICA
JUNE NINTH, NINETEEN HUNDRED AND NINETY-NINE.

INTERIM CHANCELLOR OF THE UNIVERSITY

CHAIR OF THE BOARD



PRESIDENT

ACTING PROVOST

STA 01324