# EXHIBIT 5

# Certificate of Achievement

**WYCKOFF HEIGHTS MEDICAL CENTER**
**WYCKOFF HEIGHTS DIVISION**

certifies that:

## GERALDINE DORZIN

has successfully completed 1000 hours training in a Medical Laboratory Technology.

The area(s) of training was/were: Chemistry / Hematology / Microbiology

as

**MEDICAL LABORATORY TECHNICIAN**

JUNE 1997 - DECEMBER 1997
Date

_signature_
Laboratory Manager

_signature_
Director of Laboratories

STA01326