# EXHIBIT 6

## SAH INITIAL MICROBIOLOGY LABORATORY ~~COMPETENCY EVALUATION~~ Training
## FOR MEDICAL LABORATORY TECHNICIANS

NAME: Geraldine J. Lauture  DEPARTMENT #: Microbiology Lab

TITLE: Medical Laboratory Technician

EVALUATION DATES: 10/04

EMPLOYEE'S SIGNATURE/DATE: _____ 10/21/04

**DIRECTIONS:** Complete this form for each employee in your department. Return this form with the annual evaluation forms. Use the following key for columns #2 and #3.

### RATIONALE FOR SELECTION KEY
1 = Major job function   4 = Seldom used
2 = High risk            5 = New product/procedure
3 = Problem prone

### VALIDATION METHOD KEY
O = Observation, direct   T = Test, written
S = Simulation            D = Document Review
MR = Medical Records Review

| COMPETENCY PERFORMANCE CRITERIA | RATIONALE FOR SELECTION | VALIDATION METHOD | MET | NOT MET | COMMENT &/OR ACTION PLAN | COMPETENCY ASSESSED BY |
|---|---|---|---|---|---|---|
| Receive and Process Specimens | 1 | O | ✓ | | | PK 10/21/04 |
| Plant Respiratory specimens including placement of "P" disk | 1 | O | ✓ | | | PK 10/21/04 |
| Screening sputum specimens for acceptability | 1 | O | ✓ | | | PK 10/21/04 |
| Plant Throat specimens including placement of "A" disk | 1 | O | ✓ | | | PK 10/21/04 |
| Plant genital specimens/ Lim Broth for group B | 1 | O | ✓ | | | PK 10/21/04 |
| Plant fluid specimens ~~and cytospin clear~~ fluids. | 1 | O | ✓ | | | PK 10/21/04 |
| Plant stool specimens/ set up campy bag | 1 | O | ✓ | | | PK 10/21/04 |
| Plant anaerobic specimens/ set up anaerobic bag | 1 | O | ✓ | | | PK 10/21/04 |
| Stain and read gram stains | 1 | O | ✓ | | | PK 10/21/04 |
| Stain Legionella DFA's | 1 | O | | | N/A | |
| Answer telephone | 1 | O | ✓ | | | PK 10/21/04 |
| Computer entry/ create and process worksheets | 1 | O | ✓ | | | PK 10/21/04 |

Date 2-23-09
Weiger

DEPOSITION EXHIBIT# 5
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249

| COMPETENCY PERFORMANCE CRITERIA | RATIONALE FOR SELECTION | VALIDATION METHOD | MET | NOT MET | COMMENT &/OR ACTION PLAN | COMPETENCY ASSESSED BY |
|---|---|---|---|---|---|---|
| Set up and result C. difficile specimens | 1 | O | | | N/A | |
| Process AFB specimens | 2 | O | | | N/A | |
| Perform rapid Strep testing | 1 | O | ✓ | | | PK 10/20/04 |
| Perform RSV testing | 1 | O | ✓ | | | PK 10/20/04 |
| Perform influenza testing | 1 | O | ✓ | | | PK 10/20/04 |
| Perform rapid HIV testing | 1 | O | ✓ | | | PK 10/20/04 |
| Perform Giardia/Cryptosporidium testing | 1 | O | | | N/A | |
| Download blood cultures to Bact/ALERT | 1 | O | ✓ | | | PK 10/21/04 |
| Familiar with downtime procedure | 4 | O | | | | |
| Standard Precautions | 2 | O | ✓ | | | PK 10/21/04 |
| Monospot | 1 | O | ✓ | | | PK 10/11/05 PK |
| Bacterial antigen | 1 | O | ✓ | | | PK 10/11/05 PK |
| Cryptococcal antigen | 1 | O | ✓ | | | PK 10/11/05 PK |