# EXHIBIT 7

# SAINT AGNES HEALTHCARE
# JOB DESCRIPTION/EVALUATION

Name __Geraldine Lauture__   Associate # _____

Job Title __Medical Laboratory Technician II__   Job Code __35706__

Department/Cost Center __Microbiology__   Cost Center Number _____

Employment Date __7/21/04__   Date of Last Evaluation __New Associate__   Review Period __7/04 - 1/05__

Comments

## JOB SUMMARY

The Medical Laboratory Technician performs routine procedures meeting departmental standards for proficiency and accuracy and competency in various sections of the Laboratory with moderate supervision. The Medical Technician must maintain the ability to communicate at a high skill level.

Carries out responsibilities in accordance with Ascension Health Core Values, St. Agnes policies/ procedures and applicable civil laws. Is accountable for efficient use of resources and support of the St. Agnes mission.

## SUPERVISION

**(A) SUPERVISED BY:**   MT, MT II and Lead MT

**(B) SUPERVISES:**   No Direct Supervisory Responsibilities

**(C) LEADS / GUIDES:**   Volunteers, Visitors

Date 2-23-09
Weiger
DEPOSITION EXHIBIT # 4
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249

STA 00564

## JOB SPECIFICATIONS

**(A) EDUCATION:**
- Required: High school diploma or GED certification with AA degree or equivalent credits
- Desired: High school diploma or GED certification and certificate of graduation from a structured training healthcare program

**(B) EXPERIENCE:**
- Required: A minimum of two recent and successful years experience in a clinical laboratory
- Desired: Three or more recent and successful years experience in a hospital clinical laboratory

**(C) LICENSES, CERTIFICATIONS AND / OR REGISTRATIONS:**
None required, ASCP registry as MLT preferred

**(D) EQUIP / TOOLS / WORK-AIDS :**
General Laboratory instrumentation, centrifuges, incubators, microscopes, balances, blood drawing equipment, computers, printers, fax machines and other general office equipment

**(E) SPECIALIZED KNOWLEDGE & SKILLS:**
Excellent customer service and communications skills verbally and written

**(F) ENVIRONMENTAL FACTORS:**
There is reasonable expectation of exposure to chemicals and blood borne pathogens.
Stressful conditions can range from mild to moderate.

**(G)** The Medical Lab Technician I will demonstrate a the knowledge and skill necessary to provide patient care as defined as job responsibilities and performance standards in this job description for the following

**AGE SPECIFIC PATIENT GROUPS:**

| | |
|---|---|
| ( X ) NEONATE | BIRTH TO ONE MONTH |
| ( X ) INFANT | ONE MONTH TO TWELVE MONTHS |
| ( X ) CHILD | ONE TO TWELVE YEARS |
| ( X ) ADOLESCENT | THIRTEEN TO EIGHTEEN YEARS |
| ( X ) ADULT | NINETEEN TO SIXTY FOUR YEARS |
| ( X ) SENIOR ADULT | SIXTY FIVE YEARS AND OVER |

| Section I Essential Job Functions<br>The essential job functions are not all inclusive and do not exclude other occasional work assignments. | Physical Demands | STR | % | RATING | SCORE |
|---|---|---|---|---|---|
| 1. Consistently demonstrates the ability to complete simple to complex testing under supervision and to report the results of the testing to the appropriate care givers by:<br>A. Determining specimen integrity, receiving and processing specimens according to written instruction and bringing to resolution any questionable circumstances regarding specimens.<br>B. Completing routine and STAT procedures according to departmental instructions and standards.<br>D. Recognizing questionable instrument performance and/or questionable laboratory results and following laboratory guidelines for resolution of the same.<br>E. Verifying results, calling critical values and other pertinent information on processed specimens to the appropriate care giver.<br>F. Being familiar and current with reference ranges, expected deviations from same, taking appropriate actions when "Delta Checks" occur.<br>G. Advising supervisor of suspect or adverse circumstances are present. | A,B,C,R,S T,J,I | M | 45 | 1 | 45 |

STA 00565

| Criteria | Codes | | Weight | | Score |
|---|---|---|---|---|---|
| 2. Consistently demonstrates sound judgement that produces best possible outcomes, good organizational and prioritization skills by:<br>A. Maintaining an acute awareness of surroundings and the working environment.<br>B. Maintaining a clean and organized work area that allows an associate to follow behind with few or no questions regarding workload and progress in testing.<br>C. ~mmunicating with peers and supervisor to keep information flowing regarding the status of the assigned section and ecimen status.<br>D. Actively participating with supervisor and other associates to identify root cause of problems/situations and taking actions to resolve without deviation as instructed by supervisor. | A,B,C,R,S T,J,I | S | 8 | 1 | 8 |
| 3. Consistently demonstrates working knowledge and adequate proficiency in computer use by:<br>A. Using computer system as related to performance of bench assignments and according to SAHC policies and procedures.<br>B. Maintaining confidentiality of patient or associate information and data at all times, sharing the same only with those care givers with a need to know.<br>C. Appropriate use of all applications as related specifically to a job related need to know and to the assignments for the bench. | A,B,C,R,S T | S | 5 | 1 | 5 |
| 4. Consistently demonstrates the ability to participate in quality improvement processes and quality control by:<br>A. Strict adherence to the quality control processes/procedures for the assigned bench with no deviations.<br>B. Contributing ideas and following through with appropriate changes in processes and practices.<br>C. Demonstrating knowledge of and adherence to departmental policies/procedures and those of SAHC.<br>D. Adhering to, demonstrating knowledge of and complying with the regulations of OSHA, CAP, FDA, CLIA and other governing bodies that are applicable to specific assignments.<br>E. Promoting department vision and quality improvement activities to co workers and other staff.<br>F. Assisting supervisors or associates in collection and tabulation of quality control and quality assurance data as requested or assigned. | A,B,C,R,S T | S | 5 | 1 | 5 |
| 5. Consistently demonstrates safety conscious behaviors by:<br>A. Following all SAHC policies and procedures including instructional program attendance.<br>B. Following all SAHC Laboratory internal safety policies including observation of and participation in Universal precautions requirements and the use of personal protective equipment as required by OSHA, such as lab coats gloves, protective eye wear, etc., when in the process of performing job duties.<br>C. Adhering to dress code policies of SAHC and laboratory. | A,B,C,R,S T,J,I | S | 5 | 1 | 5 |
| 6. Consistently demonstrates the ability to be flexible and insure appropriate use of resources to include scheduled working hours by:<br>A. Performing other job assignments as might be required or necessary.<br>B. Willingly helping co workers to complete workloads with out prompting from supervisor.<br>C. ~ing customer/client service first - "Patient are Our Passion."<br>D. ...orking additional or unscheduled hours when requested, includes staying over and coming in early.<br>E. Participating in "call back" when necessary.<br>F. Obtaining supervisor approval prior to working overtime.<br>G. Accepting personal responsibility for performing at a high level of productivity to hold overtime to a minimum.<br>H. Performing testing correctly on the right specimen the first time having few no repeats in testing. | A,B,C,R,S T | L | 5 | 1 | 5 |
| 7. Consistently demonstrates the willingness and ability to perform other job duties as might be required. | A,B,C,R,S T,J,I | M | 2 | 1 | 2 |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| TOTAL<br>A rating of 0 in any essential job function requires an action plan. A rating of 2 in any essential job function requires justification. | | | 75 | | |
| **Section II Behaviors** | | | | | |
| SERVICE OF THE POOR - Recognizes and respects the needs of others whether they be physical, emotional, spiritual or material. Responds personally and/or seeks appropriate assistance to meet these needs. | | | 2 | 1 | 2 |
| REVERENCE - Treats others in a courteous manner by being cordially attentive and polite. Is considerate of the needs of others by maintaining confidentiality, providing comfort and being patient. | | | 2 | 2 | 4 |
| INTEGRITY - Interacts with others in a caring, honest manner. Fosters an environment of trust by exhibiting integrity and straightforwardness. Accomplishes responsibilities in a focused, effective manner. | | | 2 | 2 | 4 |
| WISDOM - Performs in a manner that demonstrates efforts to continuously improve performance. | | | 2 | 1 | 2 |
| C ATIVITY - Investigates and suggests alternative methods to improve tasks and functions. Is open to the creativity of others by being r .tive and supportive to their suggestions for improvements. | | | 2 | 1 | 2 |
| COOPERATION - Willingly participates and supports department efforts. | | | 2 | 1 | 2 |

| | | | |
|---|---|---|---|
| DEDICATION - Affirming the hope and joy of our ministry. | 2 | 1 | 2 |
| ATTENDANCE - Reports to work when scheduled. To be rated completely acceptable the associate can have no more than two warnings (verbal or written) in the evaluation period. | 2 | 1 | 2 |
| PUNCTUALITY - Reports to the work area on time. To be rated completely acceptable the associate can have no more than two warnings (verbal or written) in the evaluation period. | 2 | 1 | 2 |
| SAFETY - Consistently and independently follows established safety and infection control procedures. Intervenes in unsafe situations. | 2 | 1 | 2 |
| CORPORATE RESPONSIBILITY - Complies with the standards of conduct and CRP, seeks guidance when in doubt. | 2 | 1 | 2 |
| CUSTOMER SERVICE - Meets or exceeds expectations of individuals for whom service is provided. | 3 | 1 | 3 |
| TOTAL  A rating of 0 in any behavior requires an action plan. A rating of 2 in any behavior requires justification. | 25 | | 29 |

### OVERALL PERFORMANCE RATING

Multiply the percent times the rating and enter the result in the score column. Total the score for section I and II and divide by 100. Any rating less than one requires an action plan for improvement in performance. Any rating greater than 1.4 requires justification by the evaluator in the evaluator comments section.



0 = Not Acceptable Performance - Associate has been counseled for performance improvement. A formal corrective action plan is attached.
0 ▶ .9 = 0
1 = Completely Acceptable Performance - Associate consistently demonstrates initiate, responsibility, and accountability in successful performance.
1 ▶ 1.49 = 1
2 = Exceptional Performance - Associate consistently performs above and beyond defined accountability as documented. May serve as a role model for others.
1.5 ▶ 2.0 = 2

### EVALUATORS COMMENTS

Geraldine has quickly learned the tasks required for the evening shift. She is a hard worker who goes the extra mile for our 'customers'. The goal for this year will be to add onto her skill mix on the evening shift.

### ASSOCIATES COMMENTS

STA 00567

| SIGNATURES | | |
|---|---|---|
| ASSOCIATE: _[signature]_ | DATE: | |
| EVALUATED BY: _[signature]_ | DATE: | 1/10/05 |
| DEPARTMENT HEAD/ V.P. EXECUTIVE DIRECTOR: _[signatures]_ | DATE: | 1/27/05 |
| HUMAN RESOURCES REPRESENTATIVE: _[signature]_ | DATE: | 1/31/05 |

10/17/00

| Physical Demand | How Often | Description of Physical Demands in this Job |
|---|---|---|
| A. ...ding | F | Working bench, instruments and computers |

STA 00568