# EXHIBIT 8



St. Agnes Healthcare

## Competency Assessment Results by User

Date Range: Jul 1 2005 thru Dec 29 2005

**Geraldine Lauture**

Microbiology

| Test | Period | Test Date | Score % |
|---|---|---|---|
| **Analytic** | | | |
| Gram Stain | Jul - Dec 05 | Dec 14 2005 | 90 |
| Microbiology | Jul - Dec 05 | Dec 20 2005 | 90 |
| **Pre-Analytic** | | | |
| Patient Safety | Jul - Dec 05 | Dec 20 2005 | 100 |
| Safety | Jul - Dec 05 | Dec 20 2005 | 100 |
| Specimen Transport | Jul - Dec 05 | Dec 20 2005 | 90 |

STA 01402