# EXHIBIT 9

97.5%

# PLANTER BENCH COMPETENCY TEST

1. What type of organism is the macconkey agar selective for?

   Gram negative rod organisms

2. What volume of urine is delivered by the urine NUNC calibration loop?

   0.001 ml

3. What color does the gram stain procedure leave gram-negative rods?

   Pink or red

4. What temperature is a campylobacter plate incubated?

   42°C

5. What organism is the Martin Lewis selective for?

   Neisseria, gonorrhoeae

6. What organism is the CDC KV (Lake Blood) Selective for?

   Anaerobic

7. Name the reagents used in a gram stain.

   Crystal Violet, iodine, decolorizer, Safranin

8. What are the qualifications on a gram stain for a sputum to be acceptable

   When WBC is greater epithelial cells less the 10 epithelial cells

9. By law, what must accompany a request and specimen for an HIV test?

   A consent form and agreement form to HIV testing

10. Why must the microbiology lab process urines before any other lab?

    to prevent contaminate specimen

11. Why must stool for Clostridium difficle Assay be collected on ice?

    It may result in loss of activity due to degradation of the toxins

STA 01388

Place the letter Next to the most appropriate media, which would be used for the organism. (Each letter can only be used once.)

12. _C_ - Martin-Lewis          A. Campylobacter
13. _E_ - Chocolate             B. Legionella
14. _G_ - TCBS                  C. Neisseria
15. _H_ - Hektoen               D. To select gram + organisms
16. _I_ - KV (lake blood)       E. Haemophilus
17. _A_ - Campy                 F. Yersinisa
18. _D_ - CNA (columbia)        G. Vibrio
19. _F_ - CIN                   H. Salmonella & Shigella
20. _B_ - BYCE                  I. Bacteroides

STA 01389

N/A

Immunology Competency Exam

Name: _____ Date: _____

1. What is the substrate on the wells of the ANA slide? _____

2. Titers of positive ANA of _____ or greater are considered significant.

3. Patients with syphilis have in their serum an antibody-like substance

    called _____, which is detectable when it reacts with the

    cardiolipin of the RPR antigen.

4. When performing a serum STS which of the following is true?

    a. All reagents must be at room temperature.

    b. The needle should be calibrated annually to deliver 60 drops/ml.

    c. Do not touch the card surface.

    d. The reagent should be checked against a reactive, weak reactive and a non-

       reactive control only when a new lot of reagent is opened.

5. What is the confirmatory test for a reactive STS? _____.

6. Which tests, when positive in Immunology, require an immediate phone call to alert

    the patient's doctor of a critical value?
    - crypto
    - strep pneumonia
    - syphilis

7. When testing a patient's serum with the RUBASCAN test, any amount of

    agglutination is reported as _____.

8. What do you do if you get a non-reactive serum for the RUBASCAN test?

Case 1:08-cv-00943-CCB   Document 25-11   Filed 05/15/09   Page 5 of 13

9. When performing a Wellcogen test, if the reagent latex well and the control latex well are both showing agglutination, how would you report the patient's results?

    a) Positive

    b) Negative

    c) Inconclusive

    d) Cancel and request another specimen

10. Specimens sent for a Mature-T cell panel may be held at __room__ temperature for up to _____ hours prior to testing.

11. The VIDAS is an immunodiagnostic assay machine performing ELFA tests. What does ELFA mean?



12. If a specimen and slip come to the lab, but the name on the slip did not match the name on the specimen, what would you do?

    a) Run the specimen under the name on the specimen label.

    b) Run the specimen under the name on the slip.

    c) Notify the floor of the problem and do not run the test until the problem is resolved.

    d) Throw the specimen away and do not notify anyone.

STA 01391

13. Which virus causes a positive MONO-spot test?  EB Epstein barr

14. A positive ANA test fluoresces what color? _____.

15. List at least two patterns of ANA's you may encounter.

16. Most latex agglutination tests demonstrated the binding of _____

    and _____.

17. What bacterium is detectable by the Meningitis screen and is most relevant for an

    infant less than or equal to six weeks old?

18. What should you do if you get an "equivocal" result for a Varicella on the VIDAS?



19. T / F You can use a hemolyzed specimen for testing for RPR's?


20. How do you make a 1 to 40 dilution for the ANA test?

STA 01392

N/A

# QUANTUM COMPETENCY TEST

1. What is tested for in the HBSag Assay? Antigen, Conjugate or Antibody?

2. Why is a western Blot test performed?

3. T / F Processing a specimen from a SST is acceptable for all Hepatitis Profile Tests.

4. What are the tests required for the source pt in a needle stick / exposure?

5. By law, what must accompany every request and specimen for an HIV test?

STA01393

*I have not been trained*

N/A

# Reader Bench Competency Exam

### True / False

1) T / F  The value obtained from the Microscan susceptibility panel are disk diffusion values.
2) T / F  The technologist in the blood culture station isolated a pure *S. Aureus* from a positive blood culture of an Aids patient. Vancomycin MIC $\leq 2$ micrograms/ml and there is growth on Vancomycin screen plate. Vancomycin disk diffusion shows a zone $\leq 14$ mm. This *S. aureus* must be a possible Vancomycin resistant *S. aureus*.
3) T / F  The values obtained from the Microscan susceptibility panel are MIC values.
4) T / F  Amikacin, gentamycin, and levofloxacin belong to the family of antibiotics aminoglycoside.
5) T / F  Amikacin, gentamycin, and tobramycin belong to the family of antibiotics aminoglycoside.
6) T / F  Gentamycin is a first generation aminoglycoside.
7) T / F  If an isolate of *E. coli* is resistant to Amikacin but sensitive to gentamycin, a microbiology tech must question the result and repeat susceptibility testing.
8) T / F  If an isolate of *S. aureus* from a positive blood culture vial demonstrates inducible resistance to clindamycin, the erythromycin must be reported as sensitive.
9) I am beta-hemolytic, catalase negative, gram positive cocci, and PYR positive. My name must be:
   A. Beta-strep group B
   B. Beta-strep group G
Listeria species.
None of the above

10) I have the ability to cause bacterial meningitis. I am beta-hemolytic, catalase positive, hippurate hydrolysis positive. I am a short rod and can be found in CSF and blood cultures. My name is:
   A. Beta-strep group B
Enterococcus species
Listeria monocytogenes
Corynebacterium species

11), I am beta-hemolytic, catalase negative, gram positive cocci, and PYR positive. my name is:
   A. Listeria gravi
   B. Beta-strep group F
Enterococcus species
Streptococcus species

N/A

12) This organism is found in respiratory culture surrounded by spreading growth. It is a gram negative rod and oxidase positive. It smells like hypochlorite (bleach).
   A. Pseudomonas aeruginosa
Aeromonas species
Pseudomonas cepacia
   B. Eikenella corrodens

13) Salmonella species will demonstrate the following reaction in a TSI slant:
A. Alkaline/acid + H2S production
B. Acid/acid + H2S production
C. Acid/alkaline + no H2S production
D. None of the above

14) This anaerobic bacteria demonstrate double zone of hemolysis
A. Clostridium uniformis
B. Bacteroides fragilis
C. Peptostreptococcus anaerobius
D. None of the above

15) The following is/are biological agents of terrorism
A. Yersinia pestis
B. Smallpox virus
Botulinum toxin
C. Brucella species
D. All of the above

16) The following is/are not biological agents of terrorism
A. Bacillus anthracis
B. Yersinia pestis
C. Francisella tularesis
D. Bacteroides fragilis
E. None of the above
F. B and D only

17) The Microscan gives an exception of a Possible ESBL. What do you do?
A. Nothing, accept the result.
B. Perform CAZ/CLA, CAZ, CTX/CLA CTX disks to Confirm
C. Plate Isolate onto Vancomycin agar.
D. Repeat the panel.

18) T / F Ampicillin is out of range for the Hemophilus QC. You repeat it again the next day and it is with in range. The following week it is out of range again. You repeat and it is in range. This is still acceptable and you need to do nothing else.

19) You start up the AFB Centrifuge and it makes a horrible noise. You go to turn it off

STA 01397

and it gives you a shock. What do you do?
a) Try turning it off again.
b) Unplug it for 5 minutes, and then restart it again.
c) Unplug it and call the help desk to report the problem.
d) Do nothing. Let Lead techs take care of the problem.

21) You have received a specimen from a brain abscess. The doctor has requested look for Actinomyces in the comments. All you have set up is an aerobic blood and chocolate plate. What do you do?
a. Nothing, it will grow on this media.
b. Have Planter reset the specimen on fungal media
c. Have the planter reset the specimen anaerobically.
d. Both B and C are correct
e. None of the above.

STA 01398

I have Not been trained

N/A

# BDProbeTec Competency Exam

1) What is SDA?

2) What is the sample holding time for the CT assay? The CT/GC assay?

3) What does UPP stand for?

4) How long must a UPP be in urine before processing?

5) What is the difference between a "Processed sample" and a "Lysed sample"?

6) What are processed sample hold times?

7) What are lysed sample hold times?

STA01399

8) How do you tell the difference between Primer Microwells and Amplification Microwells?

9) What color is the Amplification Control Microwells, GC Microwells, and CT Microwells?

10) How come only one room is needed for this procedure?

11) How are processed samples dispensed into the Microwells and why?

12) What is the function of the Priming/Warming heater? What is their operating temperature range?

13) When do you change gloves and why?

14) Why use 1%(v/v) sodium hypochlorite as a cleaner?

STA 01400

15) What does MOTA stand for?

16) What does indeterminate mean?

17) What should you do if you have an indeterminate result?

18) Can this test be used to assess therapeutic failure or success?

19) A urine sample was received into the lab without a UPP; can I use the sample?

20) Doctor has requested a culture and BDProbeTec ET on the same urine specimen. Can I run both tests?

STA 01401