# EXHIBIT 10

## EVENING PLANTER DUTIES/TRAINING CHECK LIST

EMPLOYEE  BENJAMIN ROBERTS

| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| **Test request and receive specimens.** | | | |
| Use of computer to test request specimens. | 11/7/05 | GDL ✓ | ✓ |
| Use of computer to receive specimens/ print labels | 11/7/05 | GDL ✓ | ✓ |
| Cancel duplicate/unsuitable specimens | 11/7/05 | GDL ✓ | ✓ |
| Use of Computer to locate specimens in progress | | | |
| Use of Computer to give verbal reports. | | | |
| Use of Computer to Fax a Result. | | | |
| **Planting Specimens:** | | | |
| Selection of media appropriate to the specimen received and test requested | | | |
| Incubating specimens in an anaerobic or campy bag | | | |
| Streaking plates for isolation | | | |
| Streaking plates for urine colony counts | | | |
| Location of stored media | | | |
| Correct selection of the proper incubators for culturing (Fungus, campy etc.) | 11/7/05 | GDL ✓ | ✓ |
| Proper Waste Disposal | 11/7/05 | GDL ✓ | ✓ |
| **Take off Serums** | | | |
| Proper Storage and labeling of specimens to be tested later. | | | |
| Sending specimens to Core lab for Send outs. | | | |
| Calling for New CO2 Tank | | | |
| Stain and read gram stains | | | |
| **Rapid HIV 1/ 2** | | | |
| Receive specimen | 11/7/05 | GDL ✓ | ✓ |
| Create worksheet | 11/7/05 | GDL ✓ | ✓ |

| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| Knows acceptable specimens | | | |
| Performs QC | | | |
| Performs test | | | |
| Interprets test properly | | | |
| Results specimen | 11/7/05 | GDL ✓ | ✓ |
| Calls positive results | 11/7/05 | GDL ✓ | ✓ |
| Documents calls in meditech | 11/7/05 | GDL ✓ | ✓ |
| Saves Specimen for further testing if positive or negative | | | |
| | | | |
| **IMMUNOLOGY** | | | |
| | | | |
| ALERT call values | 11/7/05 | GDL ✓ | ✓ |
| | 11/7/05 | GDL ✓ | ✓ |
| Printing and Resulting worksheets | 11/7/05 | GDL ✓ | ✓ |
| Interpretation of agglutination | | | |
| Meningitis screen | | | |
| Criteria for rejection | 11/7/05 | GDL ✓ | ✓ |
| Cryptococcal antigen CSF | 11/7/05 | GDL ✓ | ✓ |
| Cryptococcal antigen Blood | | | |
| Legionella urinary ag | | | |
| Streptococcus pneumoniae ag | | | |
| Wellcogen Gp B | | | |
| | | | |
| **BLOOD CULTURES** | | | |
| | | | |
| Receiving and downloading vials | | | |
| Enter Vials into BacT alert Computer | | | |
| Put vials into machine | | | |
| Pull Positive Vials | | | |
| Gram stain and result in meditech | | | |
| Call Positives | | | |
| Sub culture positives | | | |
| | | | |
| **MISCELLANEOUS** | | | |
| | | | |
| Looking up additional antibiotics from the Microscan | | | |
| Phone transfers /Conference calls | | | |
| | | | |
| | | | |
| | | | |

| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| **ROTAVIRUS:** | | | |
| **CREATE WORKSHEET** | | | |
| **SAMPLE PREPARATION** LIQUID STOOL | | | |
| SOLID STOOL | | | |
| ADDING SPECIMEN TO SAMPLE PORT | | | |
| INCUBATION TIME | | | |
| INTERPRETATION OF RESULTS | | | |
| **REPORTING RESULTS** | | | |
| CALLING AND DOCUMENTING POSITIVES IN MEDITEC | | | |