# EXHIBIT 11



# St. Agnes HealthCare
## Counseling Report

Verbal Warning [✓]
1st Written Warning [ ]
2nd Written Warning [ ]
3rd Written Warning [ ]
Suspension [ ]
Termination [ ]

EMPLOYEE NAME: Geraldine Lauture    DATE: 1-04-05

JOB TITLE: MLT    DEPARTMENT: MICROBIOLOGY

Identify Specific Problem Requiring Counseling/Corrective Action & dates of occurrence(s) (Attach any additional documentation)

Spoke with Geraldine several times in the past 2 weeks concerning inability to get along and work together with Stephanie. It is interupting other employees work, and has had an impact on patient care. Specimens not handled or processed properly, slowed down turn around time due to constant running to Lead techs and other Techs to complain about Stephanies work performance.

Why is this a problem for the organization or Department? Which policy is being violated?

Interupting work, creating an unpleasant work environment, dragging other co-workers into their Mexican stand-off.
Code of Conduct policy is being violated by not treating co-workers with respect.

Specific changes in performance or behavior that must occur (including dates for compliance)

Learn alternate ways to communicate with Stephanie, Not become so defensive or critical about daily work activities. Make appt with EAP PRIME. Meet with Lab manager to help resolve issues. Do not discuss issues with other techs while in the work area. It distrupts and distracts them from their work. Develop better communication skills and coping techniques to deal with stress of this situation.

Failure to meet standards listed above, will result in the following consequences:

Futher disciplinary action up to and including termination.

Employee Comments – Opportunity to Comment Declined by Associate _____

_____ 1/5/06          _____ 1/5/06
Employee's Signature  Date         Supervisor's Signature   Date
                                   _____ 1/5/06

_____ _____           _____
Vice President's Signature  Date   Human Resources
(Required for termination)

Date 2-23-09
DEPOSITION EXHIBIT# 12
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249