# EXHIBIT 15

February 21, 2006

This is an amended document in reference to Geraldine Lauture's counseling report dated 2/6/06. We incorrectly stated that the mishandling of the 56°C water bath temperature adjustments caused delay in performing a meningitis screen on 2/03/06. In fact, the test that was delayed that day was a Cryptococcal antigen test.

We apologize for implying that Geraldine was involved with the safety issue of notifying the persons present at the autopsy on the patient with the positive meningitis screen. This was not the case.

However the issue still remains that she did not perform proper corrective action for the maintenance of the 56°C water bath. This caused a delay in patient testing.

_Peg Kinch_  2/22/06
Peg Kinch                date

_Jane M Weiger_  2/22/06
Jane Weiger              date

Date 2-23-09
DEPOSITION EXHIBIT# 16
Weiger
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019   FAX (410) 290-7249