# EXHIBIT 17

3/09/06

I have been given responsibility to train and observe Geraldine. During my experience in the past two weeks with her, I have noticed the following.

1) Geraldine knows her duties well. I went over the whole checklist of duties with her. She has performed all duties.

2) The workload of this Microbiology lab is heavy and she understands she has to finish her work. **She is extremely slow**.

3) She has potential to perform her duties adequately, if she could take them responsibly and seriously.
   She is trying to improve. Now she has confidence to plant cultures, gram stain, and Setting up AFB'S, test requesting cultures and more. I think she needs to improve on her Speed.

   She seems to learn better by observing rather than by verbal instructions.
   As an example I made gram stain slides for QC for several months with Geraldine. When I went to get a box to put them in, Geraldine had stained all of the slides. She did not understand that one slide was supposed to be stained weekly even though I explained it to her.

4) She cannot perform a couple of tasks at the same time.

5) She has a hard time understanding when a doctor calls for results. Because of this, she has to transfer the phone calls to the other techs to answer.

6) She did not ask me very many questions during her training.

*[signature]*
3/9/06

Attach with this letter is a copy of her checklist.

STA 01307

## PLANTER DUTIES/TRAINING CHECK LIST

EMPLOYEE  Geraldine Lauture

| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| I. Test requests and receives specimens. | | | |
| Use of computer to test request specimens. | 2/23/06 | MP | ✓ |
| Use of computer to receive specimens/ print labels | 2/23/06 | MP | ✓ |
| Cancel duplicate/unsuitable specimens | 2/23/06 | MP | ✓ |
| Use of Computer to locate specimens in progress | 2/23/06 | MP | ✓ |
| Use of Computer to give verbal reports. | 2/23/06 | MP | ✓ |
| Use of Computer to Fax a Result. | 3/2/06 | MP | ✓ |
| Looking up additional antibiotics in Microscan | 3/1/06 | MP | ✓ |
| | | | |
| II Planting Specimens: | | | |
| Selection of media appropriate to the specimen received and test requested | 2/23/06 | MP | ✓ |
| Incubating specimens in an anaerobic or campy bag | 2/23/06 | MP | ✓ |
| Streaking plates for isolation | 2/23/06 | MP | ✓ |
| Streaking plates for urine colony counts | 2/23/06 | MP | ✓ |
| Location of stored media | 2/23/06 | MP | ✓ |
| Correct selection of the proper incubators for culturing (Fungus, campy etc.) | 2/23/06 | MP | ✓ |
| Proper Waste Disposal | 2/23/06 | MP | ✓ |
| III. Take off Serums | | | ✓ |
| Proper Storage and labeling of specimens to be tested later. | 2/23/06 | MP | ✓ |
| Sending specimens to Core lab for Send outs. | 2/23/06 | MP | ✓ |
| IV. Take Temperatures | | | |
| Recording all temps | 2/23/06 | MP | ✓ |

| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| **Gram Stains** | | | |
| Staining smears | 2/23/06 | mp | ✓ |
| Performing QC | 2/27/06 | mp | ✓ |
| Proper interpretation of smears | 2/23/06 | mp | ✓ |
| Resulting in meditech. | 2/23/06 | mp | ✓ |
| Critical values/ Calling/ Resulting | 2/23/06 | mp | ✓ |
| Canceling unacceptable sputum specimens. | 2/23/06 | mp | ✓ |
| **LEGIONELLA** | | | |
| Making and ~~Staining Slides~~ | 3/3/06 | mp | ✓ |
| Preparing Controls | N/A | | |
| **VIII   Rapid Tests:** | | | |
| **Rapid HIV 1/ 2** | | | |
| Receive specimen | 2/23/06 | mp | ✓ |
| Create worksheet | 3/3/06 | mp | ✓ |
| Knows acceptable specimens | 3/3/06 | mp | ✓ |
| Performs QC | 3/3/06 | mp | ✓ |
| Performs test | 3/3/06 | mp | ✓ |
| Interprets test properly | 3/3/06 | mp | ✓ |
| Results specimen | 3/3/06 | mp | ✓ |
| Calls positive results | 3/3/06 | mp | ✓ |
| Documents calls in meditech | 3/3/06 | mp | ✓ |
| Saves Specimen for further testing if positive or negative | 3/3/06 | mp | ✓ |



| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| Performing Corrective Action if needed | 2/23/06 | MP | ✓ |
| Calling for New CO2 Tank | 2/28/06 | MP | ✓ |
| Performing CO2 % with Fyrite | N/A | | |
| Recording of Eyewash Stations | 2/23/06 | MP | ✓ |
| **V.  C. difficle Toxins** | | | |
| A. Knows acceptable specimens | 2/23/06 | MP | ✓ |
| B. Prepare specimen with Quik- Prep | 2/23/06 | MP | ✓ |
| C. Makes worksheet | 2/28/06 | MC | ✓ |
| D. Perform testing | 2/28/06 | MC | ✓ |
| E. Results and calls positives | 2/28/06 | MC | ✓ |
| F. Making up wash solutions | 2/28/06 | MC | |
| **VI. Process AFB's** | | | |
| Proper media selected Including MAI | 2/23/06 | MP | ✓ |
| Labeling of Specimen Tubes | 2/23/06 | MP | ✓ |
| Decontamination of Specimens/AFB vials | 2/23/06 | MP | ✓ |
| Completing Processing of Specimens | 2/23/06 | MP | ✓ |
| Correct RPM's and Use of Lids with the Buckets | 2/23/06 | MP | ✓ |
| Inoculation of Media (Correct pH) Addition of Antibiotics | 2/23/06 | MP | ✓ |
| Putting LJ Tubes in Proper Incubator | 2/23/06 | MP | ✓ |
| Proper Logging of Specimen source in the BacT alert | 2/23/06 | MP | ✓ |
| **VII. Staining** | | | |
| AFB's | | | |
| A. Kinyoun | 2/23/06 | MP | ✓ |
| B. Fluorescent stain | 2/23/06 | MP | ✓ |
| PCP's | | | |
| A. Suitable Specimens | 3/3/06 | MP | ✓ |
| B. Use Of Sputolysin | 3/3/06 | MP | ✓ |
| C. Preparation of Slides | 3/3/06 | MP | ✓ |
| D. Staining with Control | N/A | — | |

| TASK | DATE | TRAINER | SATISFACTORY COMPLETION |
|---|---|---|---|
| **IX BLOOD CULTURES** | | | |
| Receiving and downloading vials | 2/23/06 | MP | ✓ |
| Entering vials into BacT alert Computer | 2/23/06 | MP | ✓ |
| Loading vials into BacT alert | 2/23/06 | MP | ✓ |
| | | | |
| **X ROTAVIRUS** | 2/23/06 | MP | ✓ |
| **CREATE WORKSHEET** | 2/23/06 | MP | ✓ |
| **SAMPLE PREPARATION** LIQUID STOOL | 2/23/06 | MP | ✓ |
| SOLID STOOL | 2/23/06 | MP | ✓ |
| **ADDING SPECIMEN TO SAMPLE PORT** | 2/23/06 | MP | ✓ |
| INCUBATION TIME | 2/23/06 | MP | ✓ |
| INTERPRETATION OF RESULTS | 2/23/06 | MP | ✓ |
| **REPORTING RESULTS** | | | |
| CALLING AND DOCUMENTING POSITIVES | 2/23/06 | MP | ✓ |

STA 01311