# EXHIBIT 18



**PRIME**
EMPLOYEE ASSISTANCE PROGRAM, INC

Geraldine Lature
6905 Scarlet Oak Dr.
Elkridge, MD 2075

Dear Mrs. Lature,

    This letter is per your request for written documentation concerning your attendance to PRIME employee assistance counseling sessions. On December 22, 2005 your supervisors made a mandatory supervisor referral for you concerning an interpersonal problem you had with a co-worker. An appointment was made for January 5, 2006, which you attended. It was recommended that you attend further sessions to continue working on the interpersonal problem with the coworker. You attended 4 sessions (1/5, 1/26, 2/2, and 3/9), you canceled one session on 2/9 due to a work suspension.

    In the sessions you were able to discuss and take responsibility for some of the problems on the job. Recommendations were made to you concerning coping skills, communication techniques and some anger management tools. You have communicated to me that you used some of the tools and at times they did help.

    Overall you have attended sessions when requested, showed up on time and did participate fully in the sessions. Although I can say this, I cannot attest to improvement on the job, as I am not there to witness the interaction in person and can only state what I hear/see in the sessions.

Sincerely,

Paula Sebastian, LCSW-C
PRIME, Employee Assistance Counselor

Date 2-23-09
DEPOSITION EXHIBIT# 13
Weiger
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019   FAX (410) 290-7249