# EXHIBIT 19

March 7, 2006.

On March 6, 2006 Stephanie Rutter returned to the Microbiology lab after being on FMLA for the prior 2 weeks. During that time, Mainaki Parikh was retraining Geraldine Lauture. Stephanie came to the Lead Techs for advice on how to deal with the way Geraldine was treating her. She did not want to bother us with the same issues they had before, and wanted to know how to best deal with the situation. We advised Stephanie to just be polite, do her work, act in a professional manner when speaking to Geraldine and not worry about Geraldine's reactions towards her.

Stephanie said that when she told Geraldine she wanted to go to lunch at 1 PM because she was meeting her mother and a friend in the cafeteria. Stephanie told us that Geraldine did not respond or acknowledge her.

Stephanie came to Jane Weiger and asked her how to deal with Geraldine's request for putting the Accessioning numbers on the specimens from the OR that Stephanie test requests. Jane told her to write the numbers on the specimens or she could use a Meditech label that prints out when she orders the tests. While Stephanie was putting away a large supply order, Geraldine began complaining to another associate Debbye Sanchez about the lack of numbers on the specimens. Since the labels hadn't printed yet, Stephanie was putting away more of the supply order.

At this point we heard Debbye raising her voice saying I can't deal with this anymore. All I wanted to 'o was get my blood specimens. Debbye walked away and went back to her workstation. Stephanie and Jeraldine were both very agitated. Jane who was passing by the area, called to me to help defuse the situation. I had everyone stop talking and I reiterated what the problem was, how Stephanie had come up with a prior solution that was not acceptable to Geraldine. Geraldine had to tell me several times what she wanted Stephanie to do. I told Geraldine that I would take care of this and come up with a solution that works for us all. Geraldine then left for lunch around 1230. Stephanie cancelled her plans for lunch because she did not want the front area left uncovered. After this there were no further incidents that day between the two of them.

On Tuesday and Wednesday Stephanie complained to us about Geraldine lack of response to her; anytime she talks to Geraldine even when discussing work related issues. Stephanie also complained that Geraldine continues to tell her what to do and how to do her work, although these duties are to be covered by both of them.

Date 2-23-09
DEPOSITION EXHIBIT # 19
SUZANNE GILES, CVR
COMPO FELICE REPORTING SERVICES, INC.
(301) 596-2019 FAX (410) 290-7249