# EXHIBIT 20

```
From:        Margaret Kinch
To:          WEIGER, JANE
Date:        Sun, Mar 12, 2006  2:13 PM
Subject:     Fwd: Re:  Geraldine
```

Peg Kinch
Lead Technologist
Microbiology/Immunology Dept.
410-368-3072
mkinch@stagnes.org

>>> Colleen Meegan 03/10/06 11:02AM >>>
Aimee I did not know who to advise in Micro as both Jane and Peg seem to be out and they said Jo was on vacation.

Please note that Geraldine came to meet with me today regarding our meeting that we conducted on 3/9/09. She revisited old counseling reports, said that the last write up was based on false accusations and that Stephanie along with the supervisors were causing her stress, anxiety and insomnia.

Her initial intent prior to handing me her resignation letters was to get a written transcript of yesterdays meeting.

To summarize yesterdays meeting:
The meeting was prompted by a complaint made by Stephanie Rutter regarding the negative work environment and tension that Geraldine exhibits when interacting with her. Ms. Rutter came to me in the hopes that this situation could be revisited as since her return from FMLA Geraldine fails to communicate with her, does not allow Stephanie to take breaks as arranged and has refused to provide assistance with shared job responsibilities.

In the meeting Jo Oliver, Jane, Peg, Aimee and myself met first with Geraldine to get her side of the story. Geraldine said that it was Stephanie who questioned her and that she felt Stephanie was causing the tension. Geraldine said that others in the office w/ bothered by their interactions. Stephanie made a similar statement when she came to me the day prior. Geraldine during the counseling continuously questionned what Stephanie's role was, what her title was and what her specific title was. She also failed to recognize that Stephanie could not do certain tasks under her role even after being told by supervisors the day before that Stephanie can not cancel certain reports. Geraldine was tearful and very negative when discussing Stephanie. It was clear that Geraldine did not know her own role as she tried to accuse Stephanie of failing to cancel reports which is clearly a role defined under her job title.

When we brought in Stephanie she summarized the written summary that I had taken the previous day (this report has been given to Aimee and attachments w/ made by Jane and Peg). Stephanie stated that again Geraldine would not help her, would not respond to direct questions, prevented her from taking breaks and continuously questioned her role in the department. Stephanie said that she would call her "secretary" and would ask her to explain her role and state her specific title. Stephanie went into specific roles that Geraldine was

Date 3-17-09
Harried
DEPOSITION EXHIBIT# 13          STA00616
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249

responsible for that she was insisting Stephanie due. Supervisors broke in to restate the process which involved individuals cleaning up after themselves and placing materials (cancellations) in the binder in chronological order.

I asked both associates to stop while Jo Oliver asked them both to consider that they have created a template of expectations that they are applying to this situation and as they move forward to resolve the situation they need to throw away these old templates and begin building a template based on mutual respect.

I ended the session asking them both to return to there workstations and base there interactions on mutual respect for one another. I also told them that any futher reports which violate the code of coduct would lead to aggressively pursing further disciplinary action which may include termination. I again encouraged them both to start building this new relationship which will result in a positive work environment not only for them both but for the department as a whole.

RESIGNATION:

On 3/10/06 Geraldine appeared in the Human Resources Department. Aimee was not available to meet with Geraldine as she was involved preparations for the Lean Presentation at 9:00 am. As a result I met with Geraldine. Geraldine rehashed all of her old counselings reports and said that she believed that Peg and Jane where problems with her success. She said that she was not responsible for the last incident which led to counseling and retraining. She also revisited the counseling session from yesterday saying that Stephanie, Jane and Peg w/ all causing her stress, anxiety and loss of sleep.

In conclusion, Geraldine handed me several resignations letter with a two week notice. I told Geraldine that I felt uncomfortable with her returning to the department seeing that she had these feelings about the staff and was not willing to try to rebuild a positive relationship. I went to the presentation to find Aimee to ask for approval to take her resignation effective immediately and Aimee granted approval. I returned to the HR office explained to Geraldine that I would be accepting her resignation immediately. At this point I collected her badge, and arranged for the Security Officer to escort us both to her locker to get her belongings. After she collected her belongings I dropped off letters at both Peg and Jane's Office and I put the key to her locker in an envelope and placed under Joe Oliver's door. Then I walked with the Security Offer back to the HR Office as Geraldine wanted to cancel her Gym membership. After she had provided the information to Michele Spann who was covering the front desk Geraldine. The security guard stayed with Geraldine while she did this and was responsbile for escorting her to the entrance of the hospital.

Peg, Jane and Jo Oliver Please note that Geraldine was with me to approximately 9:45 and she did not punch out as I had taken her badge by this point. Please make her termination date effectively 3/10/06 and submit the PAR as soon as possible.

Note: I have summarized this so that it can be attached to the documentation returned to Aimee as well as a summary of the events leading to Ms. Geraldine's resignations. Again you should find these resignation letters in

your box. I have left other resignation letters with Aimee that had been addressed to Joycelyn, Director of the Hospital and Sister of St.Agnes. I will let her make the decision on how to handle any further distribution of these documents.

If you need any further information regarding this case please let me know.

Colleen Meegan
St. Agnes Hospital
Human Resource Dept.
cmeegan@stagnes.org
Phone:  410-368-2142
Fax:    410-368-3536

STA 00618