# EXHIBIT 21

The Laboratory Supervisors
St Agnes Management Staff
St Agnes Hospital
900 South Caton Ave
Baltimore, MD 21229

March 10, 2006

Dear Staff Members:

This letter serves as notice of my resignation from St. Agnes Hospital. Upon my hire, I was excited about the employment opportunity because St Agnes and I share the same Christian principles. However, the outright prejudice and discrimination I had to suffer from my immediate supervisors and others, the unfair and reckless attack on my abilities and character, leave me no choice but to hand in my resignation.

At the request of my superiors, I made myself available for retraining even after my supervisors insulted my intelligence by stating in a written report that I was incapable of being retrained. I am not sure that the retraining makes any sense given the supervisors point of view of my abilities, along with the fact that my trainer often asks me what to do.

This unpleasant situation at work is taking a toll on my health in the form of insomnia, anxiety and overwhelming stress. In a previous letter, I afforded St Agnes the opportunity to address and correct the injustice and unbearable situation at work. They have declined to do so and the prejudice, discrimination and blatant lies continue to manifest against me as a team working on a mission. Regretfully, I must part ways with St Agnes and seek fairness and justice with the EEOC and our courts. It is unfortunate that this hospital, which bases its belief on brotherly love and treating others respectfully, allows certain of its employees to show a lack of this to myself, another employee of a different skin color who comes from a different place of birth.

As stated above, this letter serve as official document that following the required notice period of two weeks, March 24, 2006, I will no longer work here at St Agnes Hospital. I wish you all the best of luck.

Respectfully yours,

*[signature]*

Geraldine Lauture

CC:   Margaret Kinch & Jane Weiger, Lab Supervisors
      Joycelyn Jones, Manager of Human Resources
      Jo Oliver, Lab Director
      Bonnie Phipps, President and CEO
      The Sisters of St. Agnes Hospital

Date 2-23-09
Weiger
DEPOSITION EXHIBIT # 22
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249

STA01300