# EXHIBIT 22

Created By: KINCH,MARGARET J. at 3/13/2006 8:23:43 AM
Processed By: BUTLER,ALICIA G. at 3/14/2006 5:10:33 PM

## PERSONNEL ACTION REQUEST

Personal Information

| | | |
|---|---|---|
| Last Name: LAUTURE | First Name: GERALDINE | Effective Date: 3/10/2006  3/24/06 |
| Department: 2001.3401 - SAH LAB-IMMUN/BACT | Position: 35706 - MED TECHNICIAN II | Seniority Date: 7/21/2004 |
| Social Security Number: 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 | | Emp. Date: 7/21/2004 |

| Action | From | To |
|---|---|---|
| Rate Change | | |
| Grade | GRADE 19 | |
| Position | 35706 - MED TECHNICIAN II | Payout PTO |
| Basic Hours | 80 | |
| Shift | 1 | |
| Department | SAH LAB-IMMUN/BACT | |
| Step | 13 | |

☑ Termination        Reason(s): Personal

Gave proper notice?    YES
Eligible for Rehire?   NO
Replacement Requested  YES       (COBRA)
Exit Interview?        YES

Lauture Personnel file

Remarks:
Alicia Butler

-- Posted by BUTLER,ALICIA G.
3/14/2006 5:10:33 PM

Authorization:
OLIVER,JO ANNE                3/13/2006 4:44:13 PM
ADMINISTRATIVE DIRECTOR LAB

Return

Date 2-23-09
Weiger
DEPOSITION EXHIBIT# 23
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019   FAX (410) 290-7249