# EXHIBIT 26

CITY OF BALTIMORE

MARTIN O'MALLEY, Mayor

Phone No.: (410) 396-3141



COMMUNITY RELATIONS COMMISSION

ALVIN O. GILLARD, Director
Suite 915 Equitable Building
10 North Calvert Street
Baltimore, Maryland 21202

Fax No.: (410) 244-0176

October 25, 2006

Melissa Menkel Shorey
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Re.:  Geraldine Lauture vs. St Agnes Hospital
CRC File No.: RE06C056 (R/NO)-029
EEOC Charge No.: 12B-2006-00504

Dear Ms. Menkel Shorey:

I have reviewed your May 26, 2006 position statement and supporting documents submitted in response to the above referenced charge. While I have not made a determination in this matter, the evidence reviewed to date does seem to suggest that Ms. Lauture may have been subjected to disparate treatment, retaliation and possibly constructive discharge. I am obligated to relay any proposal for settlement made by either party. Ms. Lauture has indicted that she would be willing to consider a predetermination settlement which includes: 1) Rehire, 2) Back Pay 3) Removal of adverse documentation from her personnel record, 4) Diversity/EEO Training for management, and 5) $500,000 for humiliation, embarrassment and emotional distress. Please contact me at (410) 396-9587 upon receipt of this letter so that we may discuss whether St. Agnes Hospital is interested in discussing a predetermination settlement in this matter.

If the Respondent is not interested in discussing a predetermination settlement, in order to conclude my investigation, I require the following additional information:

1. Please provide copies of the following job descriptions:

   a. Lead Medical Tech
   b. Medical Technologist
   c. Medical Laboratory Technician I
   d. Medical Laboratory Technician II
   e. Lab Assistant

Date 3-17-09
Harriot
DEPOSITION EXHIBIT# 11
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249

Printed on recycled paper with environmentally friendly soy based ink

STA 00540

2. Please provide a copy of the Microbiology Lab dayshift training checklist utilized to train Ms. Geraldine Lauture when she initially transferred to the dayshift in December 2005. Please indicate who trained Ms. Lauture at that time, and the length of her initial training for the dayshift.

3. Please provide a copy of the Microbiology Lab training checklist used to train Medical Lab Technician's working on the evening shift.

4. Pleas provide copies of all performance evaluations for Ms. Stephanie Rutter.

5. Please make arrangements for me to interview the following individuals:

   a. Margaret (Peg) Kinch
   b. Jane Weiger
   c. Theresa Dalrymple
   d. Lisa Dam
   e. Wendy Dillon
   f. Ryan Merson
   g. Oye Oyebode
   h. Mainaki Parikh
   i. Debbye Sanchez
   j. Sally Turner
   k. Jacqueline Wilson
   l. Sherry Buebendorf

Thank you for your immediate attention to this matter.

Sincerely,

*Monica Wilson*

Monica L. Wilson
Community Relations Representative
Investigative Compliance Division