# EXHIBIT 27

| | | | |
|---|---|---|---|
| **FROM** | Name & Title | Susan P. Randall, Supervisor | CITY OF BALTIMORE |
| | Agency Name & Address | Community Relations Commission<br>10 N. Calvert Street, Suite 915   21202 | **MEMO** |
| | Subject | E06C956(R/NO/S)-029<br>Geraldine Lauture vs. St. Agnes Hospital | |

To:   Morgan Muse                                    Date: September 17, 2007

This case is being re-assigned to you from the files of **Monica Wilson**. Please notify the parties of your assignment to the case as soon as possible, read the case thoroughly and proceed with processing.

Monica told me her plan to write a Probable Cause finding in this case; however, she did not have the opportunity to do so before she left. I am attaching an Investigative Memo outline; and I am sure that in reviewing files you may have seen a few findings that you may want to use as guides in attempting to write a finding in this case. Please let submit a written plan for completing the case and let me know what further assistance you may need in trying to complete it.

Thanks!

/spr

cc: Case File

STA00523