# EXHIBIT 28



BALTIMORE COMMUNITY RELATIONS COMMISSION
Suite 915, 10 North Calvert Street
Baltimore, Maryland 21202
Phone: 396-3141

NOV 1 4 2007

### REQUEST FOR NOTICE OF RIGHT-TO-SUE

BALTIMORE COMMUNITY RELATIONS COMMISSION
FILE NO. E06C056(R/NO)-029

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CHARGE NO. 12B-2006-00504

IN THE MATTER OF:   Geraldine Lauture
vs.
St. Agnes Hospital

---

I am, hereby, requesting a notice of right-to-sue from the Equal Employment Opportunity Commission. I am aware that after receipt of the notice, I will have 90 days in which to file suit in court. I have been advised to retain competent legal counsel in this regard. Further, I understand that this request will end the administrative processing of my complaint.

_____
CHARGING PARTY

11/13/07
_____
DATE

STA 00421