# EXHIBIT
# 38

| Subject: **VOLUNTARY RESIGNATION** | **Effective Date:** 12/03 |
|---|---|
| | **Reviewed:** 10/06<br>**Revised:** |

Approvals:
 *Final - President/CEO* _____ Date _____

 *Concurrences:*_____

*(Policies become operational 30 days after CEO signs.)*

## POLICY STATEMENT

In order to ensure proper staffing, all associates voluntarily resigning are required to provide proper notification.

## SCOPE

This policy applies to all entities of St. Agnes HealthCare.

## PROCEDURES/RESPONSIBILITIES

1. We strongly encourage any associate who intends to resign from St. Agnes to discuss the matter with his or her supervisor or the Human Resources Department prior to making a final decision.

2. While an associate may resign at any time, St. Agnes requires written notice equal to PTO allowance in order to be eligible for rehire.

3. Associates will be asked to report to Human Resources for an exit interview with the purpose of sharing the good points of working at St. Agnes, in addition to the not so favorable points. The opinions shared will not have any bearing on future references, which consists of name dates of employment and job title.

4. Department head should complete and forward Personnel Action Request form showing associate voluntary resignation and last day worked (form available through Human Resources.)

5. The final paycheck will be distributed in the next regular payday providing all hospital property has been returned. Accrued PTO balance will be included in final paycheck if applicable.

## CONCURRENCE: