# EXHIBIT 39

*(Page rotated 90°; pay stub from St. Agnes HealthCare)*

**St. Agnes HEALTHCARE**

**DIRECT DEPOSIT**

| NAME | EMPLOYEE NUMBER | DEPARTMENT | PAY PERIOD END DATE | DEPOSIT DATE | DEPOSIT NUMBER |
|---|---|---|---|---|---|
| LAUTURE, GERALDINE | 19147 | | 03/04/06 | 03/10/06 | 624011 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1408.85 | 277.13 | 246.96 | 884.76 |

| Y.T.D EARNINGS | Y.T.D. TAXES | Y.T.D DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|
| 7900.29 | 1647.61 | 1110.96 | 5141.72 |

| DESCRIPTION | HOURS | RATE | EARNINGS | AVAILABLE BENEFIT HOURS | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REG | 78.500 | | 1363.55 | PTO 94.740 | FICA-MC | 20.43 | 114.56 |
| PTO | 1.500 | | 26.06 | | FICA-SS | 87.35 | 489.82 |
| FBSUPP | 0.000 | | 19.24 | | FEDERAL | 79.36 | 525.22 |
| | | | | | MD+HOWARD TAX | 89.99 | 518.01 |
| | | | | | CREDIT UNION | 200.00 | 1000.00 |
| | | | | | SIMPLICITY | 6.00 | 30.00 |
| | | | | | AUX SALE | 30.96 | 30.96 |
| | | | | | FITNESS CEN. | 10.00 | 50.00 |

| TOTALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 80.000 | | 1408.85 | 17.37 | | 524.09 | 2758.57 |

TO REMOVE DEPOSIT-CAREFULLY FOLD AND TEAR ALONG BLUE PERFORATION

TO THE   LAUTURE, GERALDINE
ORDER OF  6905 SCARLET OAK DRIVE
          ELKRIDGE, MD 21075

EIGHT HUNDRED EIGHTY-FOUR DOLLARS AND 76 CENTS ***********

| DATE | AMOUNT |
|---|---|
| 03/10/06 | *********$884.76 |

**DEPOSIT ADVICE ONLY**