# EXHIBIT 40

```
DATE: 03/04/09 @ 1450                                    PAYROLL/PERSONNEL *LIVE*                                          PAGE 1
USER: AHARRIS                                             EMPLOYEE PAYROLL HISTORY

EMPLOYEE #: 19147- LAUTURE,GERALDINE
PAYROLL(S): SAH                                           LAUTURE,GERALDINE
                                                          Timecards Paid From 03/10/06 to 03/24/06

PAYROLL                                 EARNINGS                                            WITHHOLDING                           BENEFITS
PAY/TC DATE    NET PAY    DD OR CHECK #    EARNING    HOURS   SHP JOB CODE    DEPARTMENT    RATE        AMOUNT    WITHHOLD    AMOUNT    ARREARS AMT    BENEFIT    EARNED    TAKEN    PLAN    HR BASE    EARNED    TAKEN

SAH
03/10/06      884.76     D624011.1        (STANDARD)
03/04/06                 POSTED           REGULAR     38.500   1  35706       2001.3401     17.37000    668.75    FICA-MC     20.43     0.00           PTO        7.080     1.500    PTO     80.000    7.080     1.500
                                          PTO          1.500                                17.37000    26.06     FICA-SS     87.35     0.00                                        MAJHOL
                                          REGULAR    40.000                                 17.37000    694.80    FIT         79.36     0.00
                                          FBSUPP      0.000                                             19.24     SIT-HO      89.99     0.00
                                                                                                                  CRUN       200.00     0.00
                                                                                                                  DON          6.00     0.00
                                                                                                                  LASL        30.96     0.00
                                                                                                                  FITCEN      10.00     0.00

              SUBTOTALS                                                                                                       524.09                             7.080     1.500                       7.080     1.500
                                                      80.000                                            1408.85

03/10/06     940.28      D626988.1        (STANDARD)                                                                                                                                            NET PAY $884.76
                                          REGULAR    40.000   1  35706       2001.3401     17.37000    694.80    FICA-MC     21.59     0.00           PTO                          PTO     80.000    7.080
                                          PTO        32.000                                 17.37000    80.00    FICA-SS     92.31     0.00                                        MAJHOL
                                          ONCALL                                             02.50000                         FIT         91.36
                                          REGULAR    40.000                                 17.37000    694.80    SIT-HO      96.35
                                          FBSUPP      0.000                                             19.24

                                                                                                                                                                                                       7.080
              SUBTOTALS                              112.000                                            1488.84                          548.56

SAH
03/24/06    1381.40     D626970          (STANDARD)                                                                                                                                                   7.080   80.000   7.080   101.820
03/24/06                POSTED           REGULAR/PS 101.820   1  35706       2001.3401     17.37000   1768.61    FICA-MC     25.64     0.00           PTO
                                         PTOD/PS                             1001.4605     17.37000               FICA-SS   109.65                    MAJHOL
                                                                                                                  FIT       133.33
                                                                                                                  SIT-HO    118.59
                                                                                                                                      387.21

              SUBTOTALS                     HOURS             AMOUNT            WITHHOLDING             AMOUNT   ARREARS AMT    BENEFIT
03/24/06                                  REGULAR    80.000   1389.60           FICA-MC                 47.23    0.00           PTO                                                                   7.080
03/24/06                                  ONCALL     32.000      80.00          FICA-SS                201.96    0.00                                                                                           101.820
                                                    101.820
```

Date 3-17-09
Harrid
DEPOSITION EXHIBIT# 2
SUZANNE GILES, CVR
COMPOFELICE REPORTING SERVICES, INC.
(301) 596-2019  FAX (410) 290-7249

STA 04232

EMPLOYEE #: 19147 LAUTURE,GERALDINE
PAYROLL(S): SAH

PAYROLL
PAY/TC DATE    NET PAY    DD OR CHECK #    EARNING    HOURS    SHF    JOB    CODE    DEPARTMENT    RATE    AMOUNT    WITHHOLD    AMOUNT    ARREARS AMT    PLAN    HR BASE    BENEFITS EARNED    TAKEN

LAUTURE,GERALDINE
Timecards Paid From 03/20/06 to 03/24/06

| EARNING | HOURS | AMOUNT | | WITHHOLDING | AMOUNT | ARREARS AMT |
|---|---|---|---|---|---|---|
| PTOD/PB | 101.820 | 1768.61 | | FIT | 224.69 | 0.00 |
| FBSUPP | 0.000 | 19.24 | | STD-HO | 214.94 | 0.00 |
| | | | | CRUN | 200.00 | 0.00 |
| | | | | DON | 6.00 | 0.00 |
| | | | | LASL | 30.95 | 0.00 |
| | | | | FITCEN | 10.00 | 0.00 |
| 213.820 | | 3257.45 | | | 935.77 | 0.00 |

BENEFIT  EARNED  TAKEN
PTO      14.160  101.820

NET PAY $2321.68

GRAND TOTALS

| EARNING | HOURS | AMOUNT | | WITHHOLDING | AMOUNT | ARREARS AMT |
|---|---|---|---|---|---|---|
| REGULAR | 158.500 | 2753.15 | | FICA-MC | 67.66 | 0.00 |
| PTO | 1.500 | 26.06 | | FICA-SS | 289.31 | 0.00 |
| ONCALL | 32.000 | 80.00 | | FIT | 304.05 | 0.00 |
| PTOD/PB | 101.820 | 1768.61 | | SIT-HO | 304.93 | 0.00 |
| FBSUPP | 0.000 | 38.48 | | CRUN | 400.00 | 0.00 |
| | | | | DON | 12.00 | 0.00 |
| | | | | LASL | 61.91 | 0.00 |
| | | | | FITCEN | 20.00 | 0.00 |
| 293.820 | | 4666.30 | | | 1459.86 | 0.00 |

BENEFIT  EARNED  TAKEN
         14.160  103.320

NET PAY $3206.44

```
DATE: 03/04/09 @ 1547                                    PAYROLL/PERSONNEL *LIVE*                                              PAGE 1
USER: AHARRID                                            EMPLOYEE PAYROLL HISTORY

EMPLOYEE #: 19147   LAUTURE,GERALDINE                    LAUTURE,GERALDINE
PAYROLL(S): SAH                                          Timecards Paid From:02/08/06 to 02/28/06

PAYROLL                                    EARNINGS                                      WITHHOLDING                   BENEFITS
PAY/TC DATE  NET PAY   DD OR CHECK #  EARNING  HOURS  SHF JOB CODE  RATE    AMOUNT  WITHHOLD  AMOUNT  ARREARS AMT  PLAN  HR BASE  EARNED  TAKEN
                                      DEPARTMENT

SAH
02/10/06     965.77   D618035.1 POSTED  (STANDARD)   1  35706        17.37000
02/04/06                         REGULAR   40.000             17.37000  694.80  FICA-MC    21.47     0.00    PTO    80.000   7.080
                                 OTPREM    1.000              26.06500   26.06  FICA-SS    91.82     0.00    MAJHOL
                                 ONCALL    8.000               2.60000   20.90  FIT                 260.55    0.00
                                 OTPREM    1.000              26.06500   26.06  SIT-HO     95.72     0.00
                                 REGULAR  40.000              17.37000  694.80  CRUN      200.00     0.00
                                 OTPREM    1.000              26.06500   26.06  DON         6.00     0.00
                                 FBSUPP    0.000                          19.24  FITCEN     10.00     0.00
                                                                                                                                          NET PAY $965.77
                         SUBTOTALS        EARNING  HOURS     AMOUNT       WITHHOLDING  AMOUNT  ARREARS AMT  BENEFIT  EARNED  TAKEN
                                          REGULAR  80.000   1389.60       FICA-MC       21.47    0.00       PTO      7.080  0.000
                                          OTPREM    2.000     52.12       FICA-SS       91.82    0.00
                                          ONCALL    8.000     20.90       FIT          260.55    0.00
                                          OTPREM    1.000     26.06       SIT-HO        95.72    0.00
                                          FBSUPP    0.000     19.24       CRUN         200.00    0.00
                                                                          DON            6.00    0.00
                                                                          FITCEN        10.00    0.00
                                          90.000            1480.96                    515.19    0.00                7.080  0.000

02/10/06
02/04/06

02/24/06     1332.44  D621041.1 POSTED  (STANDARD)   1  35706        17.37000   2001.3401
02/18/06                        REGULAR   17.000              17.37000  295.29  FICA-MC    29.14    0.00   PTO       80.000   7.080
                                REGULAR   15.000              17.37000  260.55  FICA-SS   124.58    0.00   MAJHOL
                                PTO       25.000              17.37000  434.25  FIT       169.44    0.00
                                SIGNON     0.000            1000.00000 1000.00  SIT-HO    137.73    0.00
                                EBSUPP     0.000                      1001.4601 CRUN      200.00    0.00
                                FBSUPP     0.000                         19.24  DON         6.00    0.00
                                                                                FITCEN     10.00    0.00
                                                                                                                                          NET PAY $1332.44
                         SUBTOTALS        EARNING   HOURS    AMOUNT       WITHHOLDING  AMOUNT  ARREARS AMT  BENEFIT  EARNED  TAKEN
                                          REGULAR  32.000    555.84       FICA-MC       29.14    0.00      PTO      7.080  25.000
                                          PTO      25.000    434.25       FICA-SS      124.58    0.00
                                          SIGNON    0.000   1000.00       FIT          169.44    0.00
                                          FBSUPP    0.000     19.24       SIT-HO       137.73    0.00
                                                                          CRUN         200.00    0.00
                                                                          DON            6.00    0.00
                                                                          FITCEN        10.00    0.00
                                          57.000           2009.33                     676.89    0.00               7.080  25.000
```

STA 04234

```
DATE: 03/04/09 @ 1547                        PAYROLL/PERSONNEL *LIVE*                                    PAGE 2
USER: AHARRID                                 EMPLOYEE PAYROLL HISTORY

EMPLOYEE #: 19147 LAUTURE:GERALDINE
PAYROLL(S): SAH
                                       LAUTURE:GERALDINE
                                       Timecards Paid From 02/08/06 to 02/28/06
PAYROLL                   EARNINGS                                       WITHHOLDING                      BENEFITS
PAY/TC DATE  NET PAY  EARNING  HOURS SHF JOB CODE  RATE  AMOUNT  WITHHOLD  AMOUNT  ARREARS AMT  PLAN  HR BASE EARNED  TAKEN
                      DEPARTMENT

GRAND TOTALS
              EARNING    HOURS      AMOUNT       WITHHOLDING    AMOUNT   ARREARS AMT   BENEFIT   EARNED    TAKEN
              REGULAR   112.000    1945.44       FICA-MC           50.61        0.00      PTO    14.160    25.000
              OTPREM      2.000      52.12       FICA-SS          216.40        0.00
              PTO        25.000     434.25       FIT              259.62        0.00
              ONCALL      8.000      20.00       SIT-MD           233.45        0.00
              SIGNON      0.000    1000.00       CRUN             400.00        0.00
              FBSUPP      0.000      38.48       DON               12.00        0.00
                                                 FITCEN            20.00        0.00

                       147.000    3490.29                        1192.08        0.00              14.160    25.000

                                                                                                  NET PAY $2298.21
```

STA 04235