# EXHIBIT 41

| St. Agnes HealthCare<br>System Policy and Procedure Manual | Page:<br>__1__ of __2__ | SYS HR  23 |
|---|---|---|
| Subject:<br>SEXUAL HARASSMENT | Effective Date: 6/84 | |
| | Reviewed: 5/98, 6/00<br>Revised:   3/86, 6/88, 1/92, 3/95, 2/03, 10/06, 10/08 | |

**Approvals:**

Final - President/CEO: _____  Date:_____

Concurrence:_____  Date_____

*(Policies become effective 30 days after CEO signs.)*

## POLICY STATEMENT:

St. Agnes Healthcare supports a work atmosphere free of sexual harassment and any other kind of harassment. Behavior of this kind, be it by a supervisor, co-worker or physician, undermines the integrity of the employment relationship, is unacceptable and is grounds for appropriate disciplinary action, up to and including termination.

Sexual harassment of employees in the work place by anyone is unacceptable. Conduct of this nature shall generate immediate and appropriate corrective action.

Courteous, mutually respectful, non-coercive interactions between men and women that are acceptable to both parties are not considered to be sexual harassment. Sexual harassment does not refer to occasional compliments.

All claims of sexual harassment shall be promptly and thoroughly investigated and appropriate corrective action taken. Investigations shall be designed to protect the privacy of and to minimize suspicion toward all parties concerned.

If an employee is found guilty of sexual harassment, he/she faces the discipline due a serious offense. Depending upon the circumstances and the degree of the harassment, the offender may be disciplined with a suspension subject to discharge.

Sexual harassment is defined as:

- Unwelcomed or unwanted sexual advances. This includes patting, pinching, brushing up against, hugging, cornering, kissing, fondling, or any other similar physical contact considered unacceptable by the involved individual.

- Request or demands for sexual favors. This includes subtle, or blatant expectations, pressures, or requests for any type of sexual favor accompanied by an implied or stated promise of preferential treatment or negative consequences concerning one's employment status.

- Verbal abuse or kidding that is sex-oriented and considered unacceptable by the involved individual. This includes commenting about an individual's body or appearance where such comments go beyond mere courtesy; telling "dirty jokes" that are clearly unwanted and considered offensive by others; or any other tasteless, sexually oriented comments, innuendoes, suggestive or obscene letters, notes, and actions that offend others.

- Engaging in any type of sexually oriented conduct that would unreasonably interfere with another's work performance. This includes extending unwanted sexual attention to someone that reduces personal productivity or time available to work at assigned tasks.

- Creating a work environment that is intimidating, hostile or offensive because of unwelcome or unwanted sexually oriented conversations, suggestions, requests, demands, physical contact or intentions.

- Verbal conduct that includes making or using derogatory comments, epithets, slurs, or jokes.

- Visual conduct that includes leering, making sexual gestures, or displaying sexually suggestive objects or pictures, cartoons or posters.

## SCOPE:

This policy applies to all entities of the St. Agnes HealthCare system.

## PROCEDURE/RESPONSIBILITIES:

If you experience or witness sexual or other unlawful harassment in the workplace, report it immediately to your supervisor. If the supervisor is unavailable or you believe it would be inappropriate to contact the person, you should immediately contact the Human Resources Department or any other member of management. You can raise concerns and make reports without fear of reprisal or retaliation.

All allegations of sexual harassment will be quickly and discreetly investigated. To the extent possible, your confidentiality and that of any witnesses and the alleged harasser will be protected against unnecessary disclosure. When the investigation is completed, you will be informed of the outcome of the investigation.

Any supervisor or manager who becomes aware of possible sexual or other unlawful harassment must immediately advise the Human Resources Department or any member of management so that it can be investigated in a timely and confidential manner. Anyone engaging in sexual or other unlawful harassment will be subject to disciplinary action, up to and including termination of employment.

**NOTE:** While this policy is directed primarily toward "Sexual Harassment", harassment of any kind will not be tolerated, be it age, national origin, marital status, political status, disability, etc. Any behavior in the form of harassment by any of the above mentioned means undermines the integrity of the employment relationship, is unacceptable and is grounds for appropriate disciplinary action up to and including termination.

## CONCURRENCE(S):

## REFERENCE(S):

## CROSS REFERENCE(S):

Code of Conduct              HR 04
Progressive Corrective Actions   HR 42

STA 00086