# EXHIBIT 43

Microbiology Associates

July 21, 2004 through March 10, 2006

| Name | Position | Race | Hire Date | Term Date | Shift | National Origin (If Known) |
|---|---|---|---|---|---|---|
| 1. Jean Bateman | MEDICAL TECH | WHITE | 9/17/1973 | 7/10/2005 | day | |
| 3. Abdolhassan Chini | MEDICAL TECH | WHITE | 4/12/2004 | 7/13/2008 | day | Iran |
| 4. Jennifer Connors | MEDICAL TECH II | WHITE | 6/14/2004 | 5/16/2008 | day | |
| 5. Kelly Dahme | LAB AST | WHITE | 1/20/2004 | 3/21/2008 | day | |
| 6. Therese Dalrymple | MEDICAL TECH | WHITE | 3/8/2005 | ACTIVE | day | U.S.A. |
| 7. Lisa Dam | MEDICAL TECH | ASIAN | 8/17/2004 | ACTIVE | evening then/day now | Vietnam |
| 8. Kristin Dignazio | MEDICAL TECH | WHITE | 8/8/2005 | 6/16/2006 | day | |
| 9. Wendy Dillon | MEDICAL TECH | WHITE | 12/28/1995 | 7/22/2006 | day | |
| 10. Christian Ebhote | MEDICAL TECH | BLACK | 8/22/2005 | ACTIVE | evening | Nigeria |
| 11. Christina Graves | MEDICAL TECH | WHITE | 5/23/2005 | ACTIVE | day | U.S.A. |
| 12. Chiler Hasan | MEDICAL TECH | WHITE | 6/30/1995 | ACTIVE | day | Cyprus |
| 13. Margaret Kinch | LEAD MEDICAL Tech | WHITE | 2/6/2001 | ACTIVE | day | U.S.A. |
| 14. Jennifer Klapper | MEDICAL TECH | WHITE | 10/14/2004 | 7/11/2005 | evening | |
| 15. Geraldine Lauture | MEDICAL TECH II | BLACK | 7/21/2004 | 3/24/2006 | evening then day | Haiti |
| 16. Ryan Merson | MEDICAL TECH | WHITE | 6/1/2004 | ON CALL | day | U.S.A.* |
| 17. Christina Moore | MEDICAL TECH | WHITE | 10/18/2001 | 9/5/2006 | day & evening | |
| 18. Melanie Morris | MEDICAL TECH | WHITE | 5/28/2001 | 4/1/2006 | day & evening | |
| 19. Sally Ondiek | SUPERVISOR MICROBIOLOGY | BLACK | 11/5/2001 | 6/28/2005 | day | |
| 20. Oyeniyi Oyebode | MEDICAL TECH | BLACK | 11/7/2005 | 2009 | evening then day | Nigeria |
| 21. Mainaki Parikh | MEDICAL TECH | ASIAN | 7/30/1979 | ON CALL | day | India |
| 22. Michele Piehn | MEDICAL TECH | WHITE | 4/10/2001 | ACTIVE | day | U.S.A* |
| 23. Benjamin Roberts | MEDICAL TECH | BLACK | 10/24/2005 | ACTIVE | evening | Turks & Caicos |
| 24. Stephanie Rutter | LAB AST | WHITE | 10/4/2004 | 6/16/2006 | day | |
| 25. Deborah Sanchez | MED TECH | WHITE | 6/16/1997 | 5/31/2007 | day | U.S.A. |
| 26. Dorothy Scott-Wright | MED TECH | BLACK | 6/7/2004 | 8/3/2004 | trained for evening | |
| 27. Mary Carol Stewart | MED TECH | WHITE | 4/19/1980 | 2/16/2007 | day | |
| 28. Sally Turner | MED TECH | WHITE | 8/14/2000 | 11/21/2008 | day | |
| 29. Niki Vasilakopoulos | MED TECH II | WHITE | 11/13/1999 | 10/2/2004 | day | |
| 30. Kelly Ward | MED TECH | WHITE | 6/3/2002 | 9/5/2002 | day | U.S.A. |
| 31. Jane Welger | LEAD MEDICAL Tech | WHITE | 8/31/2000 | ACTIVE | day | U.S.A. |
| 32. Susan Whelan | MED TECH I | WHITE | 5/15/1976 | ACTIVE | day | U.S.A.* |
| 33. Jackie (Jacqueline) Wilson | MED TECH | BLACK | 8/20/2005 | ON CALL | day | U.S.A.* |

* denotes information and belief