# FILED UNDER SEAL

# EXHIBITS
# 44-49

# FILED UNDER SEAL

# EXHIBIT
# 44

# FILED UNDER SEAL

# EXHIBIT
# 45

# FILED UNDER SEAL

# EXHIBIT
# 46

# FILED UNDER SEAL

# EXHIBIT
# 47

# FILED UNDER SEAL

# EXHIBIT
# 48

# FILED UNDER SEAL

# EXHIBIT
# 49