IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERALDINE LAUTURE | : |
| Plaintiff | : |
| v. | : Civil Action No.: CCB-08-943 |
| ST. AGNES HOSPITAL | : |
| Defendant | : |

**ORDER**

UPON Consideration of Defendants's Motion for Summary Judgment and upon further Consideration of Plaintiff's Opposition thereto, it is this _____day of _____2008, by the United States District Court for the District of Maryland,

**ORDERED,** that Defendant's Motion for Summary Judgment is hereby **DENIED.**

_____
The Honorable Catherine C. Blake
U.S. District Court Judge