**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| GERALDINE LAUTURE | : | |
| | : | |
| v. | : | Civil Action No. CCB-08-943 |
| | : | |
| ST. AGNES HOSPITAL. | : | |
| | : | |

…o0o…

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the plaintiff's motion for leave to amend the complaint (docket entry no. 20) is **GRANTED**;

2. the defendant's motion for summary judgment (docket entry no. 23) is **GRANTED**;

3. judgment is entered in favor of the defendant; and

4. the Clerk shall **CLOSE** this case.

| | |
|---|---|
| December  29, 2009 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |