**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GERALDINE LAUTURE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. CCB-08-943 |
| ) | |
| ST. AGNES HOSPITAL ) | |
| ) | |
| Defendant ) | |

## NOTICE OF APPEAL

Notice is hereby given that Geraldine Lauture, above named, hereby appeals to the United States Court of Appeals, for the Fourth Circuit from the final judgment entered in the above entitled case on December 29, 2009.

Respectfully submitted,

/s/
_____
Fatai A. Suleman, Esquire
AMITY, KUM & SULEMAN, P.A.
7474 Greenway Center Drive, Suite 650
Greenbelt, Maryland 20770
Phone: 301 982 3434;
Fax: 301 982-3411.

Plaintiff's Attorney.

Date: January 28, 2010.